IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOHAMMAD MAHMOODI MOTLAGH,

      Petitioner,

   v.                               No.    26-CV-687 KWR-JFR
                                              26-CV-740 KG-SCY

PAMELA BONDI, Attorney General of the
United States; ACTING SECRETARY, U.S.
Department of Homeland Security; MARY DE
ANDA-YBARRA, El Paso Field Office Director,
Immigration and Customs Enforcement; TODD
LYONS, Acting Director of Immigration and
Customs Enforcement; and WARDEN, Otero
County Processing Center,

      Respondents.

## ORDER GRANTING RESPONDENTS' MOTION TO CONSOLIDATE CASES

THIS MATTER having come before the Court on the Respondents' Motion to Consolidate

Cases, and the Court recognizing that Petitioner filed two Petitions for a Writ of Habeas Corpus that

were opened as two separate cases and assigned to two separate judges, FINDS that the motion

should be GRANTED.

IT IS THEREFORE ORDERED that case numbers 26-CV-687 KWR-JFR and 26-CV-740

KG-SCY be consolidated and that case number 26-CV-687 KWR-JFR remain open and case

number 26-CV-740 KG-SCY be closed.

                            /s/Kenneth J. Gonzales
                            CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.

Submitted by: *Electronically Signed*
Kimberly A. Brawley, Assistant U.S. Attorney